JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 21-01878-CJC (ADSx)            Date: March 8, 2022

Title: YIZHAO FENG v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Dajanae Carrigan/Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING PLAINTIFF'S COMPLAINT**

In this case, filed on November 15, 2021, *pro se* Plaintiff Yizhao Feng seeks an order compelling Defendants United States Citizenship and Immigration Services and Alejandro Mayorkas, Secretary of the Department of Homeland Security, to adjudicate a pending I-130 Petition for Alien Relatives Plaintiff filed for his spouse and daughter. (Dkt. 1 [Complaint].) On February 16, 2022, after Plaintiff had taken no further action in the case, the Court ordered Plaintiff to show cause by February 25, 2022 why the case should not be dismissed for lack of prosecution. (Dkt. 6.) The Court explained that Federal Rule of Civil Procedure 4(m) provides that absent a showing of good cause, a court "*must* dismiss" an action if a defendant "is not served within 90 days after the complaint is filed." (*Id.*) The Court reminded Plaintiff that it is his responsibility to prosecute his case diligently. (*Id.*) Plaintiff has not filed a response to the Court's order to show cause, nor is there any indication that he has served Defendants. Accordingly, Plaintiff's case is **DISMISSED** for failure to prosecute.

cb
MINUTES FORM 11
CIVIL-GEN                                                               Initials of Deputy Clerk DCA/RRP